5-638530

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
MAERSK LINE,

                         Plaintiff,

             - against -

FIVE STAR FIREWORKS CORP.,

                        Defendant.
---------------------------------------------------------------X

**JUDGE KARAS**

**07 CIV 6279**

CIVIL COMPLAINT
IN ADMIRALTY

RECEIVED
JUL 0 9 2007
U.S.D.C. S.D.N.Y.
CASHIERS

        Plaintiff MAERSK LINE, by its attorneys, LAW OFFICES OF ALBERT J. AVALLONE & ASSOCIATES, as and for its Complaint against defendant FIVE STAR FIREWORKS CORP., in personam, in a cause of action civil and maritime, alleges upon information and belief:

        1. This is an admiralty and maritime claim within the meaning of Rule 9(h) of the Federal Rules of Civil Procedure, the Ocean Shipping Reform Act of 1999, 46 U.S.C., App. Section 1701, et seq., and Paragraph 14.4 of the Bill of Lading.

        2. At all times hereinafter mentioned, plaintiff MAERSK LINE was and still is a corporation duly organized and existing under the laws of the State of Delaware with offices and a place of business at 6000 Carnegie Blvd., Charlotte, NC 28209.

        3. Upon information and belief and at all times hereinafter mentioned, defendant had and now has the legal status and place of business as set forth in Schedule A.

        4. On or about the dates and at the ports of shipment stated in Schedule A, certain goods were delivered to plaintiff to be carried to the ports of destination and at the agreed charges to be paid by defendant pursuant to plaintiff's published tariff, all as set forth in Schedule A.

        5. Thereafter, the goods were carried to the ports of destination and delivered to the defendant and/or its agents.

6. Plaintiff has performed all duties and obligations required to be performed by plaintiff.

7. Defendant has failed and refused and continues to fail and refuse to remit payment of $7,935.00, although duly demanded.

8. By reason of the foregoing, plaintiff has sustained damages in the amount of $7,935.00 which, although duly demanded, have not been paid.

WHEREFORE, plaintiff prays:

1. For judgment in the amount of plaintiff's damages, together with interest thereon, costs, disbursements and a reasonable attorney's fee.

2. That process in due form of law according to the practice of this Court in cases of admiralty and maritime jurisdiction may issue against the defendants citing them to appear and answer all the singular matters aforesaid.

3. That plaintiff have such other and further relief in the premises as in law and justice it may be entitled to receive.

Dated: New York, New York
July 6, 2007

LAW OFFICES OF
ALBERT J. AVALLONE & ASSOCIATES

By_____
Albert J. Avallone - AA1679
Attorneys for Plaintiff
MAERSK LINE
551 Fifth Avenue, Suite 1625
New York, NY 10176
(212) 696-1760

## SCHEDULE A

I. Defendant's status & address:

    A. Upon information and belief and at all times hereinafter mentioned, defendant FIVE STAR FIREWORKS CORP. was and still is a corporation organized and existing under the laws of the State of Wisconsin, with offices and a place of business at 15345 Highway 32, Lakewood, WI 54138.

II. Details of shipment(s):

    1. Bill of Lading No. MAEU854311660, dated April 24, 2007, from Boluo to Lakewood via Hong Kong and Los Angeles on the Vessel SUSAN MAERSK, one (1) container SAID TO CONTAIN: FIREWORKS, at the applicable tariff and/or Service Contract rate of $7,935.00 (Exhibit A). Defendant's heck no. 1407 of May 18, 2007, issued to obtain release of the goods, was dishonored by the bank due to Insufficient Funds (Exhibit B).

Amount Paid: $0                        Amount Due: $7,935.00

III. Total Amount Due: $7,935.00

| Shipper/Exporter (complete name and address) | Booking No. | B/L No. MAEU 854311660 |
|---|---|---|
| ANGXI GARMENTS IMPORT & EXPORT )., LTD NO. 548 JINGGANGSHAN VENUE, NANCHANG, ANGXI, P.R.CHINA L. NO. 0086-791-6490886 | 854311660 Export references | |
| Consignee (complete name and address) VESTAR FIREWORKS CORP. 345 HIGHWAY 32 LAKEWOOD, WI 54138, U.S.A. TEL: 715-276-1555 | Forwarding agent - references FIREWORKS LOGISTICS ASSOCIATION LTD 8 DES VOEUX ROAD WEST RM 1401-2 SHUN KWONG COMMERCIAL BLDG HONG KONG | Shipper memoranda not part of Bill of Lading |
| Notify Party (complete name and address) SAME AS CONSIGNEE | Domestic routing/export instructions | |

| Carriage by | Place of Receipt BOLUO | | |
|---|---|---|---|
| | Voy No. | Port of Loading | Onward Inland Routing |
| SAN MAERSK | 0705 | HONG KONG | |
| Port of Discharge LOS ANGELES | Place of Delivery LAKEWOOD, WI | | |

| CARRIER'S RECEIPT | | PARTICULARS FURNISHED BY SHIPPER - CARRIER NOT RESPONSIBLE | | |
|---|---|---|---|---|
| Container No./Seal No. and Marks and Numbers | No. of Containers or pkgs. | Kind of packages; description of goods | Gross Weight | Measurement |
| KU9680598 -CN6545927 | 1 | CY / CY CONT(S) 1213 CTNS SC NO: 160570 FIREWORKS 1.3G UN0335 PGII EMERGENCY CONTACT: 1-800-255-3924 CONTACT PERSON: APA THIS IS TO CERTIFY THAT THE ABOVE NAMED ARTICLES ARE PROPERLY CLASSIFIED, DESCRIBED PACKAGED, MARKED AND LABELLED, AND ARE IN PROPER | 19870.000 KGS | 68.500 CBM |

**NON NEGOTIABLE COPY**

EXHIBIT "A"

| Freight & Charges | Rate | | Unit | Prepaid | Collect |
|---|---|---|---|---|---|
| IC FREIGHT 1.00* | 7255.00 | USD | HC | | 7255.00 |
| AND HAUL. EXPORT | 150.00 | USD | SU | | 150.00 |
| KER ADJUST FACTOR | 340.00 | USD | SU | | 340.00 |
| SSIS USAGE CHARGE | 60.00 | USD | SU | | 60.00 |
| ERMOD FUEL CHARGE | 105.00 | USD | SU | | 105.00 |
| FEE ORIGIN | | CNY | SM | 125.00 | |
| GO DECLARATION | | USD | SM | | 25.00 |

| Value Charges | Total Prepaid | |
|---|---|---|
| | USD | 16.16 |
| | Total Collect | |
| | USD | 7935.00 |
| | Date | |
| NGZHOU | APR 24 07 | |

SEE ATTACHED SHEET

MAERSK INC.

APR 24 2007

As Agent(s) only

CONDITION FOR TRANSPORTATION
ACCORDING TO THE APPLICABLE
REGULATIONS OF THE US
DEPARTMENT OF TRANSPORTATION

ORIGINALLY LOADED ONTO VESSEL
HUI XIN HUI 8S V.7172
AT NANSHA, CHINA, ON 27, APR.
2007
IMCO 1.3 UNNO 0335 PKGRP -

MAERSK INC.





EXHIBIT "B"