State of Wisconsin
Oconto Co Sheriffs Office
Civil Process
Oconto, WI 54153

ess Number:         4054                    Court Number: 07CV6279

ichael R Jansen, Sheriff of Oconto County, do hereby certify that I
ived the within and foregoing Summons, Complaint on 3rd day of August,
, and that I served the same on:

Five Star Fireworks                                    (Defendant        )
15345 Hy 32
Lakewood, WI  54138

Served on: 7th day of August, 2007 at 08:49:00
Served by: B Tetzak

Served to: Kay Webb
           15345 Hy 32
           Lakewood, WI  54138

o certify that I endorsed on the said copy the date of service, signed my
, and added my official title thereto.

 the 7th day of August, 2007

                                Michael R Jansen, Sheriff
                                Oconto Co Sheriffs Office, Wisconsin

                                BY: _____[signature]_____

                                B Tetzak
                                Deputy Sheriff