5-638550

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
MAERSK LINE,

                         Plaintiff,

       - against -

FIVE STAR FIREWORKS CORP.,

                        Defendant.
------------------------------------------------------------X

07 Civ. 6279 (SULLIVAN)

NOTICE AND ORDER
OF DISMISSAL,
WITH PREJUDICE

       PLEASE TAKE NOTICE that the above captioned matter be and hereby is dismissed, with prejudice and without costs as to each party against the other, the defendant not having appeared, pursuant to Fed.R.Civ.P. 41.

Dated: New York, New York
       September 17, 2007

                              LAW OFFICES OF
                              ALBERT J. AVALLONE & ASSOCIATES

                              By _____
                              Albert J. Avallone - AA1679
                              Attorneys for Plaintiff
                              MAERSK LINE
                              551 Fifth Avenue, Suite 1625
                              New York, NY 10176
                              (212) 696-1760

SO ORDERED:

_____
     U.S.D.J.

9/17/07

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/17/07
```